**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>CODI J. MONTEER, (01),<br>a/k/a "Jason Wren"<br>[DOB:  01/24/1987]<br><br>and<br><br>CURTIS J. LEWIS (02),<br>a/k/a "Menace"<br>a/k/a "Cuz Lewis"<br>[DOB:  04/08/1983]<br><br>                    Defendants. | Case No. _____<br>**COUNT ONE: (BOTH DEFENDANTS)**<br>*(Conspiracy to Distribute Controlled*<br>*Substances)*<br>21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846<br>NLT: 10 Years' Imprisonment<br>NMT: Life Imprisonment<br>NMT: $10,000,000 Fine<br>NLT: 5 Years' Supervised Release<br>Class A Felony<br><br>**COUNT TWO: (LEWIS ONLY)**<br>*(Felon in Possession of a Firearm)*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT:  10 Years' Imprisonment<br>NMT:  $250,000 Fine<br>NMT:  3 Years' Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Each<br>Count |

**I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
*(Conspiracy to Distribute Controlled Substances)*

Between on or about January 1, 2020 and November 16, 2021, in the Western District of

Missouri and elsewhere, the defendants, **CODI J. MONTEER, a/k/a "Jason Wren,"** and

**CURTIS J. LEWIS, a/k/a "Menace", a/k/a "Cuz Lewis,"** and others, both known and unknown

to the Grand Jury, did knowingly and intentionally combine, conspire, and confederate to distribute

and possess and attempt to possess with the intent to distribute 500 grams or more of a mixture or

substance containing a detectable amount of methamphetamine and 400 grams or more of a mixture

or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as Fentanyl, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

<u>**COUNT TWO**</u>
*(Felon in Possession of a Firearm – LEWIS Only)*

On or about November 9, 2021, in the Western District of Missouri, the defendant, **CURTIS J. LEWIS, a/k/a "Menace", a/k/a "Cuz Lewis,"** knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, firearms, to wit:  a Glock, Model 30, .45 caliber semi-automatic pistol, bearing Serial Number PTS080, and a Bersa Thunder, .380 caliber handgun, bearing Serial Number E59581, which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.


11/16/2021                                                    */s/ Sharon Williams*
DATE                                                          FOREPERSON OF THE GRAND JURY


*/s/ Ashleigh A. Ragner*
Ashleigh A. Ragner
Assistant United States Attorney
Violent Crimes & Drug Trafficking Unit
Western District of Missouri

2